October 6, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HIGHMOUNT EXPLORATION & PRODUCTION LLC AND DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC., Appellants

NO. 14-15-00058-CV                    V.

HARRISON INTERESTS, LTD., DAN J. HARRISON III, AND BFH MINING LTD., Appellees

_____

  This cause, an appeal from the judgment signed on December 16, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, HighMount Exploration & Production LLC and Dominion Oklahoma Texas Exploration & Production, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.